Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        vs.                            Criminal No.        08-57-4,12

MIGUEL TREVINO MORALES- 4
OMAR TREVINO MORALES- 12          Category    B

                         Defendant(s)

# REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on   1/23/2025   from  Judge Trevor N. McFadden 

to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:    Judge Trevor N. McFadden     & Courtroom Deputy

       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133

       Statistical Clerk