AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL -DC PM12:0
RECEIVED AUG 21 '24

F I D
1467123

| | |
|---|---|
| United States of America <br> v. <br> **MIGUEL TREVINO MORALES,** <br> also known as "Z-40," "Zeta40," "Cuarenta," and <br> "Mike," <br><br> *Defendant* | ) Case: 1:08-cr-00057 <br> ) Assigned to: Judge McFadden, Trevor N. <br> ) Assign Date: 8/20/2024 <br> ) Description: SUPERSEDING INDICTMENT (B) <br> ) Related Case No: 08-cr-57-4 and 12 (TNM) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Miguel Trevino Morales, also known as "Z-40," "Zeta40," "Cuarenta," and "Mike,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a), 848(b), 848(c) and 848(e)(1)(A)
Count 2: Conspiracy to Distribute 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana for
Importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960, 963
Count 3: Use of a Firearm, in violation of 18 U.S.C. § 924(c) and Aiding and Abetting, 18 U.S.C. § 2
Count 4: Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A), 1956(a)(2)(B), and 1956(h)
Continuing Criminal Enterprise and Cocaine and Marijuana Distribution Forfeiture Allegation as to Count 1 & 2 (21 U.S.C.
§§ 853 and 970)
Money Laundering Forfeiture Allegation as to Count 4 (18 U.S.C. § 982)

Date:    08/20/2024

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/21/2024 , and the person was arrested on *(date)* 2/27/2025 <br> at *(city and state)* Washington, DC <br><br> Date:  2/28/2025 <br><br> *Arresting officer's signature* <br><br> CEShade, DUSM <br> *Printed name and title* |