Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.     Criminal No.   08-57   (TNM)

MIGUEL TREVINO MORALES (4)  
OMAR TREVINO MORALES (12)     Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 2/28/2025 from Calendar Committee to Judge Trevor N. McFadden by direction of the Calendar Committee.

(Defendants are No Longer Fugitives)

JUDGE RUDOLPH CONTRERAS  
Chair, Calendar and Case  
Management Committee

cc:   Judge Trevor N. McFadden   & Courtroom Deputy  
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133  
Statistical Clerk