<u>**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *  **CASE NO. 08-CR-057-4** |
| | * |
| **MIGUEL TREVINO MORALES** | * |
| | * * * * * * * * * |

**<u>NOTICE OF APPEARANCE</u>**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please note the appearance of Alfred Guillaume III, Esq., for Defendant Miguel Trevino Morales, as *local counsel* sponsoring the petition for pro hac vice admission of Frank Perez, Esq., which is being filed contemporaneously with this Notice.

          Respectfully submitted,

          */s/ Alfred Guillaume*

          Alfred Guillaume III, Esq.  #MD0085
          Law Offices of Alfred Guillaume III, LLC
          1350 Connecticut Ave. NW, Suite 308
          Washington, D.C. 20036

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 3rd day of March 2025, a copy of this motion was sent electronically to all parties of record.

*/s/ Alfred Guillaume*
Alfred Guillaume III, Esq.