THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | |
| § | |
| MIGUEL TREVINO MORALES § | CASE NO. 1:08-CR-057-TNM-4 |
|   also known as "40," "Zeta 40" § | |
|   "Cuarenta," "Z-40," and "Mike" § | |
| § | |
|                Defendant. § | |

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as retained counsel for the above-named defendant in this cause. I understand that it is my duty to continue to represent the named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; unless and until, after written motion filed by me, I am relieved by the Order of the Court.

DATED: March 10, 2025

                                            Respectfully submitted,

                                            /s/ *Frank A Perez*
                                            Frank A Perez
                                            State Bar No. 00789541
                                            9110 Scyene Rd.
                                            Dallas, Texas  75227
                                            Telephone (214) 828-9911
                                            Facsimile (214) 828-2104
                                            Email:  frankperezlaw@outlook.com

                                            ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of March, 2025 the foregoing Entry of Appearance was filed electronically with the clerk of the United States District Court for District of Columbia to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

/s/ *Frank A Perez*
Frank A Perez