# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 08-057-4 |
| ) | |
| **MIGUEL ANGEL TREVINO-MORALES**, ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF LIMITED APPEARANCE

TO:   ANGELA CEASAR, CLERK

YOU ARE HEREBY NOTIFIED OF MY LIMITED APPEARANCE FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION FOR THE LIMITED PURPOSE OF SPONSORING ATTORNEY MICHAEL W. MCCRUM'S ADMISSION TO THIS COURT *PRO HAC VICE*.

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

1