UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| PLAINTIFF § | |
| § | |
| V. § | CASE NO. 08-CR-00057-TNM |
| § | |
| MIGUEL ANGEL TREVINO-MORALES (4) § | |
| DEFENDANT § | |

### NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with LCrR 44.5, I, Michael W. McCrum, enter my appearance as retained counsel for Defendant Miguel Angel Trevino-Morales (4). I am entering an appearance as co-counsel to Attorney Frank A. Perez, attorney for Mr. Trevino-Morales. I understand that it is my duty to continue to represent Mr. Trevino-Morales in connection with all matters relating to this cause and in connection with all proceedings therein in this Court unless and until, after written motion filed by me, I am relieved of such obligation by order of this Court.

DATED this 9th day of May 2025.

/s/ Michael W. McCrum
Michael W. McCrum
McCrum Law Office
1659 Tx-46 W, Ste. 115
PMB 487
New Braunfels, TX. 78132
Telephone: 210.225.2285
Email: michael@mccrumlegal.com

ATTORNEY FOR DEFENDANT
Miguel Trevino-Morales

Certificate of Service

I hereby certify that on the 9th day of May 2025 the foregoing Notice of Appearance was filed electronically with the clerk of the United States District Court for the District of Columbia to be served by operation of the Court's electronic filing system upon the Assistant U.S. Attorney and all other counsel.

/s/ Michael W. McCrum
Michael W. McCrum