IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:08-CR-057-TNM-4 |
| | : | |
| MIGUEL TREVINO MORALES | : | |
| | : | |
| | : | |

NOTICE OF APPEARANCE OF COUNSEL

The Clerk of Court and all parties of record will please take notice that I am admitted to practice in this Court and will appear in this case as appointed learned counsel for Miguel Trevino Morales.

DATED: June 4, 2025

                                                    Respectfully submitted,

                                                    /s/ *Daniel H. Goldman*
                                                    Daniel H. Goldman, VSB # 82144
                                                    The Law Office of Daniel Goldman
                                                    421 King Street, Suite 505
                                                    Alexandria, Virginia 22314
                                                    (202) 677-5709 – Phone
                                                    dan@dangoldmanlaw.com

CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of June 2025, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

                                                    /s/ *Daniel H. Goldman*
                                                    Daniel H. Goldman, VSB # 82144
                                                    The Law Office of Daniel Goldman