## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 08-CR-0057 (TNM)** |
| **MIGUEL TREVIÑO MORALES,** : | |
| : | |
| *Defendant.* : | |

### DEFENDANT'S NOTICE OF FILING

Defendant Miguel Treviño Morales, by and through undersigned counsel, respectfully requests that the attached Defendant's First Request for Discovery be made part of the record in this case.

Dated: Washington, DC
       June 9, 2025                    Respectfully submitted,

                                  **BALAREZO LAW**

                                  /s/ A. Eduardo Balarezo
By: _____
                                  A. Eduardo Balarezo
                                  DC Bar # 462659
                                  400 Seventh Street, NW
                                  Suite 306
                                  Washington, DC  20004
                                  Tel. (202) 639-0999
                                  Fax. (202) 639-0899
                                  E-mail:  aeb@balarezolaw.com

                                  *Counsel for Miguel Treviño Morales*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June 2025, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and First Request for Discovery to be delivered via Electronic Case Filing to the Parties in this case.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo