**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Case No. 08-057-TNM-4 |
| **MIGUEL TREVINO MORALES** | * |

\*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. On March 3, 2025, undersigned counsel entered his appearance on behalf of the defendant, Miguel Trevino Morales, for the limited purpose of moving for the pro hac vice admission of Attorney Frank Perez.

2. On March 7, 2025, this Honorable Court granted undersigned counsel's pro hac vice motion to admit Attorney Frank Perez.

3. On March 10, 2025, Attorney Frank Perez entered his appearance on behalf of Miguel Trevino Morales.

4. Undersigned counsel does not represent Miguel Trevino Morales.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of June 2025, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

_____
Alfred Guillaume III