THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| MIGUEL TREVINO MORALES § | CASE NO. 1:08-CR-057-TNM-4 |
| also known as "40," "Zeta 40" § | |
| "Cuarenta," "Z-40," and "Mike" § | |
| § | |
| Defendant. § | |

### AGREED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 44.5(d), undersigned counsel respectfully moves this Honorable Court for leave to withdraw as counsel of record for Defendant Miguel Angel Trevino Morales **also known as "40," "Zeta 40", "Cuarenta," "Z-40," and "Mike"** in the above-captioned matter. In support of this motion, undersigned counsel states as follows:

1. Counsel has recently identified a conflict of interest that precludes continued representation of the defendant in this matter.

2. The conflict has been disclosed to the defendant, and the defendant has acknowledged and agreed to counsel's withdrawal.

3. Defendant continues to be represented by Michael McCrum, Esq. and Daniel Goldman, Esq., both of whom are fully prepared to continue representation. As such, there will be no disruption to the defendant's legal representation or the proceedings in this case.

4. The government does not oppose this motion.

5. This request is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court enter an order permitting withdrawal as counsel of record for Defendant Miguel Angel Trevino Morales **also known as "40," "Zeta 40", "Cuarenta," "Z-40," and "Mike"**

Agreed Motion to Withdraw as Counsel - Page 1

Respectfully submitted,

_Miguel Angel Trevino Morales_
Miguel Angel Trevino Morales

Date: 9-9-25

_Frank A Perez_
Frank A Perez
State Bar No. 00789541
9110 Scyene Rd.
Dallas, Texas 75227
Telephone (214) 828-9911
Facsimile (214) 828-2104
Email: frankperezlaw@outlook.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2025 the foregoing Agreed Motion to Withdraw as Counsel was filed electronically with the clerk of the United States District Court for District of Columbia to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney and all other counsel.

_Frank A Perez_
Frank A Perez

**CERTIFICATE OF CONFERENCE**

I, the undersigned, hereby certify that I have conferred with Kirk Handrich, the Assistant United States Attorney assigned to this matter, regarding this motion and he is unopposed to the filing and granting of same.

Signed this 9 day of September, 2025.

_Frank A. Perez_
Frank A. Perez

Agreed Motion to Withdraw as Counsel - Page 2