THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § § | |
| MIGUEL TREVINO MORALES § also known as "40," "Zeta 40" § "Cuarenta," "Z-40," and "Mike" § § Defendant. § | CASE NO. 1:08-CR-057-TNM-4 |

**ORDER ON AGREED MOTION TO WITHDRAW AS COUNSEL**

On this the _____ day of _____, 2025 came to be heard Defendant's Agreed Motion to Withdraw as Counsel [Docket # _____] and the Court, having read the Motion and considered same, is of the opinion that such Motion should be GRANTED/DENIED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED THAT Defendant's Agreed Motion to Withdraw as Counsel is here GRANTED/DENIED and further, that attorney Frank A. Perez is permitted to withdraw as retained counsel.

_____
PRESIDING JUDGE

Order on Agreed Motion to Withdraw as Counsel  - Solo Page