

U.S. Department of Justice

Criminal Division

---

*Narcotic and Dangerous Drug Section*　　　1400 New York Avenue NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530

September 12, 2025

**By ECF**

The Honorable Trevor N. McFadden
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

　　Re:　**United States v. Miguel Trevino Morales and Omar Trevino Morales**
　　　　　**Criminal No. 08-CR-057 (TNM)**

Dear Judge McFadden:

　　The Government respectfully submits this letter to inform the Court and the defense that the Attorney General has authorized and directed this Office not to seek the death penalty against defendant Miguel Trevino Morales and defendant Omar Trevino Morales.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SOPHIA SUAREZ, Acting Chief
　　　　　　　　　　　　　　　　　　　Narcotic and Dangerous Drug Section
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530

　　　　　　　　　　　　　　　　　　　　*/s/ Jayce Born*
　　　　　　　　　　　　　　　　　　　Jayce Born
　　　　　　　　　　　　　　　　　　　Kirk Handrich
　　　　　　　　　　　　　　　　　　　Hunter Smith
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　(202) 616-2656

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system, to counsel of record for the Defendant, this 12th day of September 2025.

                        By:      */s/ Jayce Born*
                                  Jayce Born
                                  Trial Attorney
                                  Narcotic and Dangerous Drug Section
                                  Criminal Division
                                  United States Department of Justice