# UNITED STATES DISTRICT COURT
## for the
### District of COLUMBIA

| | |
|---|---|
| UNITED STATES <br> *Plaintiff* <br> v. <br> MIGUEL ANGEL TREVIÑO MORALES <br> *Defendant* | Case No. 08-CR-0057(4)(TNM) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MIGUEL ANGEL TREVIÑO MORALES

Date:  10/2/2025

*Attorney's signature*

A. EDUARDO BALAREZO; BAR # 462-659
*Printed name and bar number*

400 SEVENTH STREET, NW
SUITE 306
WASHINGTON, DC 20004
*Address*

AEB@BALAREZOLAW.COM
*E-mail address*

202-639-0999
*Telephone number*

202-639-0899
*FAX number*