# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No. 08-CR-0057(4) (TNM) |
| **MIGUEL TREVINO MORALES,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S NOTICE OF FILING

Defendant Miguel Angel Trevino Morales, by and through undersigned counsel, respectfully requests that the attached Waiver of Conflict of Interest be made part of the record in this case.

Dated:  Washington, DC
       November 2, 2025     Respectfully submitted,

**BALAREZO LAW**

By:   /s/ A. Eduardo Balarezo
-----------------------------------
A. Eduardo Balarezo
DC Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
Tel. (202) 639-0999
Fax. (202) 639-0899
E-mail:  aeb@balarezolaw.com

*Counsel for Miguel Angel Trevino Morales*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2nd day of November 2025, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Waiver of Conflict of Interest to be delivered via ECF to the Parties in this case.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo