**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES                                        :
                                                     :
   *v.*                                              :
                                                     :     Crim. No. 08-CR-0057(4) (TNM)
MIGUEL TREVIÑO MORALES,                              :
                                                     :
   *Defendant.*                                      :

**WAIVER OF CONFLICT OF INTEREST**

      I, Miguel Treviño Morales, the Defendant in the above-captioned matter, hereby state as follows:

      1. I wish to retain Attorney A. Eduardo Balarezo to represent me in this matter, which is pending trial.

      2. Attorney Balarezo has informed me that he represents a co-defendant, Gilberto Barragan Balderas, in this same matter.

      3. Attorney Balarezo has explained to me the potential for a conflict of interest if he represents us both in the same matter and has advised me fully of my rights, under the United States Constitution, to have counsel who is unimpaired by a potential or actual conflict of interest and of the right to have separate counsel.

      4. I have reviewed the matter and the facts with Attorney Balarezo and am confident that no actual conflict exists. I have no direct or indirect knowledge of Mr. Barragan Balderas or his activities as alleged in the indictment.

      5. I have been advised to consult with separate counsel regarding my right to have counsel who is unimpaired by a potential or actual conflict of interest.

      6. **THEREFORE**, I, knowingly, intelligently and voluntarily waive any potential or actual conflict of interest that may arise from Mr. Balarezo's representation of me and Mr. Barragan Balderas in this matter.

Dated:  Warsaw, VA

    8/5/025 2025

                        Miguel Treviño Morales