UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : |
| | : Crim. No. 08-CR-0057(4) (TNM) |
| MIGUEL TREVIÑO MORALES, | : |
| | : |
| *Defendant*. | : |

## RENUNCIA A CONFLICTO DE INTERESES

Yo, Miguel Treviño Morales, acusado en el asunto antes mencionado, declaro lo siguiente:

1. Deseo contratar al abogado A. Eduardo Balarezo para que me represente en este asunto, que se encuentra pendiente de juicio.

2. El abogado Balarezo me ha informado que representa a un coacusado, Gilberto Barragán Balderas, en este mismo asunto.

3. El abogado Balarezo me ha explicado la posibilidad de un conflicto de intereses si nos representa a ambos en el mismo asunto y me ha informado plenamente sobre mis derechos, conforme a la Constitución de los Estados Unidos, a contar con un abogado que no esté afectado por un conflicto de intereses potencial o real, así como sobre el derecho a contar con un abogado independiente.

4. He revisado el asunto y los hechos con el abogado Balarezo y estoy seguro de que no existe ningún conflicto real. No tengo conocimiento directo ni indirecto del Sr. Barragan Balderas ni de sus actividades, tal como se alega en la acusación.

5. Se me ha recomendado consultar con un abogado independiente sobre mi derecho a contar con un abogado que no esté afectado por un conflicto de intereses, potencial o real.

6. POR LO TANTO, consciente, inteligente y voluntariamente renuncio a cualquier conflicto de intereses, potencial o real, que pueda surgir de la representación del Sr. Balarezo, tanto de mí como del Sr. Barragan Balderas, en este asunto.

Fecha:     Warsaw, VA
         8/5/2025  2025

_____
Miguel Treviño Morales