**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 08-CR-0057 (TNM)** |
| **MIGUEL TREVIÑO MORALES,** | : | |
| | : | |
| *Defendant.* | : | |

## ORDER

Upon consideration of Attorney A. Eduardo Balarezo's Motion to Withdraw as

Counsel, and for good cause shown, it is this _____ day of _____ 2025, hereby

ORDERED, that the Motion is GRANTED.

_____
Trevor N. McFadden
United States District Judge