IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         \*

**v.**                                                        \*

                                           **Criminal No.:**   1:08-cr-00057-TNM-1

                                  \*

**MIGUEL TREVINO MORALES**

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of William B. Purpura as retained counsel on behalf of defendant Miguel Trevino Morales.

                                                          /s/_____
                                           William B. Purpura, Esquire

                                           Purpura & Purpura
                                           606 Baltimore Avenue
                                           Suite 301
                                           Towson, Maryland 21204
                                           410-727-8550
                                           DC Fed Bar # MD00074
                                           wpurpura@purpuralaw.com

January 7, 2026