**TRANSLATION.** --------------------------------------------------------------------------------

---

| [Mexico's coat of arms] UNITED MEXICAN STATES | **SECURITY** Ministry of Security and Citizen Protection | [image] PREVENTION AND SOCIAL READAPTATION | [image] |

**PREVENTION AND SOCIAL READAPTATION**
**GENERAL COORDINATION OF PENITENTIARY CONTROL**
**FEDERAL CENTER FOR SOCIAL REHABILITATION No. 4 "NORTHWEST"**
**GENERAL DIRECTORATE**

**OFFICIAL COMMUNICATION No.** SSPC/PRS/CGCP/CFRS4/DG/03642/2025

Tepic, Nayarit, February 4, 2025.

**Subject:** Resolution to administrative petition.

**MR. MIGUEL ÁNGEL TREVIÑO MORALES**
**PERSON DEPRIVED OF THEIR FREEDOM**

In response to the administrative petition you filed before this Prison Authority, through which you request: "That I am granted access and to be informed whether there are or not any administrative sanctions imposed on the undersigned, during the time I have been deprived of my freedom in preventive prison an which are kept in my personal file…" (sic); with that regards, and in strict adherence to the provisions of Articles 1 and 18 of the Political Constitution of the Unite Mexican States; 16, section I, 58, 107, and 114 of the National Criminal Enforcement Law *[Ley Nacional de Ejecución Penal]*; 1, 12 and 13 section I of the Regulation for the Federal Centers for Social Rehabilitation, I inform you that:

There is no record of corrective measures or sanctions being imposed during the time he has been detained in this Administrative Unit.

This administrative resolution was sent to the following email addresses: abogadonava11gmail.com lic_jmdelgado@hotmail.com and notificaciones_aviles@live.com.

Finally, we inform you that, in case that you do not agree with this resolution, it can be contested as provided by Article 114 of the National Criminal Enforcement Law.

---



Without further ado, I avail myself of this opportunity to send you kind regards.

**KIND REGARDS**

[signature]

**CARLOS CÉSAR LÓPEZ HERRERA**
**GENERAL DIRECTOR OF THE FEDERAL CENTER**
**FOR SOCIAL REHABILITATION No. 4 "NORTHWEST"**

[stamp]
[Mexico's coat of arms]
UNITED MEXICAN STATES
SSPC
"4" NORTHWEST

| ELABORATED BY: | REVIEWED BY: | AUTHORIZED BY: |
|---|---|---|
| [signature] | [signature] | [signature] |
| 2831 | 2402 | 2401 |

[image]
2025
Year of the
Indigenous Woman

Km. 10.690 Carretera Libre Tepic-Mazatlán, Km. 2.3 del Entronque Carretero, ZC 63502    Tepic. Nayarit
Tel: (311) 211 8600

------[End of translation]------

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

Page 3



I, **Paula Mariana Pérez Bonilla, Certified Translator,** authorized by the Judiciary Administrative Body (formerly, Federal Judicial Council) according to the list approved on 28 November 2025 issued in the Federal Official Gazette by said Body on 11 December 2025, and the Superior Court of Justice of Mexico City, according to the Judicial Gazette of 23 February 2024, certify that the foregoing is an accurate translation from Spanish to English of the document I had at sight, which consists of **3** pages of text, and I further certify that I am competent in both languages to render this translation. Likewise, it should be noted that any modification, erasure, handwritten, computer or typewritten annotation, or amendment to this document invalidates the translation and its certification. The accuracy of the translation is certified but no liability is assumed for the authenticity or content of the document in its source language. I sign and seal the translation herein in Mexico City, on the 15th day of January of year two thousand and twenty-six. --------------------

Yo, **Paula Mariana Pérez Bonilla, Perito Traductor,** autorizada por el Órgano Administración Judicial (anteriormente, Consejo de la Judicatura Federal) conforme la lista aprobada el 28 de noviembre del 2025 y publicada en el Diario Oficial de la Federación por dicho Órgano el día 11 de diciembre de 2025, y por el Tribunal Superior de Justicia de la Ciudad de México, según Boletín Judicial del 23 de febrero del 2024, certifico que lo que antecede es traducción fiel del español al inglés del documento que tuve a la vista, la cual consta de **3** fojas útiles, y además certifico ser competente en ambos idiomas para elaborar dicha traducción. Asimismo, se advierte que toda modificación, tachadura, anotación manuscrita, a computadora o máquina de escribir, o enmendadura al presente documento invalida la traducción y su certificación. Se certifica la fidelidad de la traducción mas no se asume responsabilidad por la autenticidad o el contenido del documento en su lengua de origen. Firmo y sello la presente traducción en la Ciudad de México a los 15 días del mes de enero del año dos mil veintiséis.-------------------------------------------------------------------------

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

  

**PREVENCIÓN Y REINSERCIÓN SOCIAL**
**COORDINACIÓN GENERAL DE CONTROL PENITENCIARIO**
**CENTRO FEDERAL DE REINSERCIÓN SOCIAL No. 4 "NOROESTE"**
**DIRECCIÓN GENERAL**

**OFICIO No.** SSPC/PRS/CGCP/CFRS4/DG/03642/2025

Tepic, Nayarit; 04 de febrero de 2025

**Asunto:** Resolución a petición administrativa.

**SR. MIGUEL ÁNGEL TREVIÑO MORALES**
**PERSONA PRIVADA DE LA LIBERTAD**
**Presente**

En atención a su petición administrativa formulada a esta Autoridad Penitenciaria, mediante la cual solicita, *"Se de acceso al suscrito y se haga de mi conocimiento la información relativa a si existen o no sanciones administrativas impuestas al suscrito, durante el tiempo que he estado privado de mi libertad en prisión preventiva y que obren en mi expediente personal…"* (sic); al respecto, en estricto apego a lo establecido por los artículos 1 y 18 de la Constitución Política de los Estados Unidos Mexicanos; 16, fracción I, 58, 107 y 114 de la Ley Nacional de Ejecución Penal; 1, 12 y 13 fracción I del Reglamento de los Centros Federales de Readaptación Social, informo lo siguiente:

No se tiene registro de imposición de correctivos o sanciones, durante el tiempo que tiene recluido en esta Unidad Administrativa.

La presente resolución administrativa fue remitida a los siguientes correos electrónicos: abogadonava11@gmail.com lic_jmdelgado@hotmail.com y notificaciones_aviles@live.com.

Finalmente, se hace de su conocimiento que, en caso de no estar de acuerdo con la presente resolución, ésta puede ser recurrida en términos del artículo 114 de la Ley Nacional de Ejecución Penal.

Sin otro particular, aprovecho la ocasión para enviarle un cordial saludo.

ATENTAMENTE

LIC. y Dr. H.C. CARLOS CÉSAR LÓPEZ HERRERA
DIRECTOR GENERAL DEL CENTRO FEDERAL
DE REINSERCIÓN SOCIAL No. 4 "NOROESTE"

ELABORÓ: 2831    REVISÓ: 2462    AUTORIZÓ: 2401



Km. 10.690 Carretera Libre Tepic-Mazatlán, Km. 2.3 del Entronque Carretero. C.P. 63502    Tepic, Nayarit.    Tel: (311) 211 8600