**TRANSLATION.** ----------------------------------------------------------------

----------------------------------------------------------------------------------

Page 1. --------------------------------------------------------------------------

0415 [illegible]

| SEGOB<br>MINISTRY OF THE INTERIOR | [Mexico's coat of arms]<br>UNITED MEXICAN STATES | CNS<br>NATIONAL SECURITY COMMISSION | De-concentrated Administrative Agency Prevention and Social Readaptation | [image] |

De-concentrated Administrative Agency
Prevention and Social Readaptation
Federal Center for Social Rehabilitation No. 2 "West"
General Directorate
**OFFICIAL COMMUNICATION No.**
**SEGOB/CNS/OADPRS/CGCF/CFRS2/DG/02762/2018.**
El Salto, Jalisco, February 26, 2018.
**SUBJECT:** Compliance with requirement.

**DANIEL ALEJANDRO PAZ ROMERO**
CLERK OF THE FIRST DISTRICT COURT
FOR FEDERAL CRIMINAL PROCEEDINGS

**2164**

With regards to the requirement contained in your **official communication 543,** issued in the proceedings of the **criminal case 81/2015-V,** from the list of that Honorable Court, ordered to **MIGUEL ÁNGEL TREVIÑO MORALES,** I inform you of the following:

The person in question was released from this Administrative Unit on March 26, 2015. However, during his time in this Federal Center, he participated in several activities such as school programs, library, sports, and occupational therapy. Therefore, in order to comply with your request, I am sending you certified copies of memorandum **DT/131/2018** and the academic records of the aforementioned defendant, which correspond to the period during which I was detained at this Federal Center.

The foregoing is for your information and for any legal purposes that may arise.

[incomplete stamp]

[incomplete stamp]
[illegible] DISTRICT COURT FOR [illegible]
[Mexico's coat of arms]
UNITED MEXICAN STATES
PUENTE GRANDE.
JALISCO

**KIND REGARDS**
**SUFRAGIO EFECTIVO, NO REELECCIÓN**
[Motto: "Effective suffrage, no re-election"]
**GENERAL DIRECTOR**

---

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

[stamp]
[Mexico's coat of arms]
UNITED MEXICAN STATES
SECRETARIA DE GOBERNACION
CENTRO FEDERAL DE READAPTACION SOCIAL
No. 2 "OCCIDENTE"

[signature]

**JOSÉ LUIS ROIZ FLORES.**

[illegible stamp]
[illegible annotation]
[signature]

The information contained in this document and its annexes may be subject to classification in accordance with Articles 7 and 9.8 of the Federal Law on Transparency and Access to Public Information (Official Gazette of the Federation DOF – MAY 2016), in relation to the provisions of section 23 of the General Guidelines on the Classification and Declassification of Information, as well as for the preparation of public versions (Official Gazette of the Federation DOF -15-April-2016). Similarly, it contains confidential information that may only be disclosed to the owner of the information or their legal representative, pursuant to the provisions of Articles 113, section I, and 115, section V, of the Federal Law on Transparency and Access to Public Information (Official Gazette of the Federation DOF 09-May-2016).

| ELABORATED BY | REVIEWED BY | SUPERVISED BY | APPROVED BY |
|---|---|---|---|
| [illegible] [signature] | HORTENCIA LLASMIN GONZÁLEZ GARCÍA | [illegible] [signature] | ENRIQUE NAVA ALTAMIRANO [illegible] [signature] |

CC Acknowledgment of receipt
CONTJUR / COURT REQUIREMENTS / 543

Carretera Libre a Zapotlanejo Km. 17.5 desviación carretera a El Salto Km. 2, Municipality of El Salto Jalisco, ZC 45420 Tel.: (01-33)3151-6230 Fax. (01-33)3151-6247 http://www.cns.gob.mx
ceferso.occidente@cns.gob.mx

---

Page 2.

**SEGOB**
MINISTRY OF THE INTERIOR

[Mexico's coat of arms]
UNITED MEXICAN STATES

**CNS**
NATIONAL SECURITY COMMISSION

0416  [illegible]
[image]

[stamp]
LEGAL CONTROL DEPARTMENT
RECEIVED
09 FEB 2018
RECEIVED [illegible] TIME [illegible]
CE.FE.RE.SO. No. 2 "WEST"

[stamp]
DIRECTORATE [illegible]
RECEIVED
9 FEB 2018
RECEIVED [illegible] TIME 11:06
[illegible]

De-concentrated Administrative Agency
Prevention and Social Readaptation
Federal Center for Social Rehabilitation No. 2 "West"
Technical Directorate

MEMORANDUM No. **DT / 131 / 2018**



El Salto, Jalisco, February 8, 2018.

**ENRIQUE NAVA ALTAMIRANO**
**LEGAL AFFAIRS DIRECTOR**

In response to the request from the First District Court for Federal Criminal Proceedings in the state of Jalisco, through official letter No. 543, I am sending you information regarding the person named **MIGUEL ANGEL TREVIÑO MORALES**.

During his stay at this Federal Center, the person in question did not earn any certificates in the area of values or any other area of psychology.

Regarding his participation in educational activities, during the period from December 19, 2013 to March 26, 2015

[incomplete stamp]

**School programs.** Over a period of nine months, he reviewed elementary school content within the institution. Then, over a period of two months, he officially completed middle school starting in December 2014, and until the date of his release, he reviewed high school content. Since joining the academic program, he has shown outstanding performance, passing all of his exams and earning his high school diploma with an overall average of 8.6. Likewise, throughout the tutoring sessions, he worked to correct spelling deficiencies related to the correct use of the letters "b," "v," "s," and "c," as well as the correct accentuation of words. Until his release, he reviewed the school material "From information to knowledge," with the corresponding evaluation pending. He requested advice and feedback from the teacher and maintained behavior in accordance with the established regulations.

**Library.** He requested a total of 165 books in the genres of literature, philosophy, and general interest. Among the most recent titles consulted were "A Battle of Kings" and "Caught in the Web." He was helpful and remained committed to the established guidelines for the delivery and renewal of library materials. He was respectful in his interactions with the librarian.

**Sports.** In accordance with the established Activity Plan, he received free sports activities.

**Occupational therapy.** He participated in visual arts classes. He consistently attended drawing and painting classes, where he gradually learned techniques for using ink, pencil, and oil paint on various surfaces. During the sessions, he worked on creating designs, which he presented to his instructor for feedback, demonstrating the gradual development of his pictorial skills. He adjusted his behavior to the established rules and respected the instructions he was given.



Carretera Libre a Zapotlanejo Km. 17.5 desviación carretera a El Salto Km. 2, El Salto Jalisco, ZC 45680
Tel.: (01-33) 3151-6230 E-mail: cefereso.occidente@cns.gob.mx http://www.cns.gob.mx

---

Page 3.

| SEGOB<br>MINISTRY OF THE INTERIOR | [Mexico's coat of arms]<br>UNITED MEXICAN STATES | CNS<br>NATIONAL SECURITY COMMISSION | 0417 [illegible]<br>[image] |

De-concentrated Administrative Agency
Prevention and Social Readaptation
Federal Center for Social Rehabilitation No. 2 "West"
Technical Directorate

He was not eligible for certificates of participation in events organized by the Institution.

A copy of the middle school certificate is attached.

Without further ado, I send you kind regards.

**KIND REGARDS**

[signature]

**ANA CECILIA ORTEGA IÑIGUEZ
TECHNICAL DIRECTOR**

[stamp]

[two incomplete stamps]

CC File
L*ACOI/ILCR*

---



[AREA WITHOUT TEXT]

Carretera Libre a Zapotlanejo Km. 17.5 desviación carretera a El Salto Km. 2, El Salto Jalisco, ZC 45680
Tel.: (01-33) 3151–6230 E-mail: cefereso.occidente@cns.gob.mx http://www.cns.gob.mx

---

Page 4.

0418  [illegible]

[signature]
[handwritten annotation] I RECEIVED THE CERTIFICATE 3/DECEMBER/2014

| SEP MINISTRY PUBLIC OF EDUCATION | [Mexico´s coat of arms] UNITED MEXICAN STATES |

# NATIONAL EDUCATION SYSTEM

**STATE INSTITUTE FOR YOUTH AND ADULT EDUCATION**

WORK CENTER CODE **14FIA0001N**

[photograph]

CERTIFIES THAT

**MIGUEL ANGEL TREVIÑO MORALES**

WITH UNIQUE POPULATION REGISTRY CODE (CURP) **TEMM730628HTSRRG05**

COMPLETED AND PASSED THE EDUCATION LEVEL OF       **MIDDLE SCHOOL EDUCATION ACCORDING TO THE CURRICULUM IN FORCE**

[three incomplete stamps]

WITH THE AVERAGE OF GRADES SHOW BELOW, PURSUANT TO THE RECORDS IN THE SCHOOL CONTROL FILE.

OVERALL AVERAGE:      8.6      EIGHT POINT SIX

THIS CERTIFICATION DOCUMENT IS ISSUED IN **GUADALAJARA JALISCO**
[illegible]

---

Page 6



FOLIO NUMBER OF THE NATIONAL REGISTRY OF ISSUANCE, VALIDATION, AND REGISTRATION OF ACADEMIC DOCUMENTS (RODAC)

85793736

[signature]

**ANA BERTHA GUZMAN ALATORRE**
**GENERAL DIRECTOR**

[illegible]

CERTIFICATE NUMBER A 4193764

---

Page 5.----------------------------------------------------

0419   [illegible]

| SEP MINISTRY PUBLIC OF EDUCATION | [Mexico's coat of arms] UNITED MEXICAN STATES |

# NATIONAL EDUCATION SYSTEM
### EDUCATIONAL LEVEL CERTIFICATE

**TAMAULIPAS MINISTRY OF EDUCATION**
**UNDER-SECRETARY OF PLANNING**
**REGISTRATION AND CERTIFICATION DIRECTORATE**
**DEPUTY DIRECTORATE OF SCHOOL CONTROL**

[photograph]

WORK CENTER CODE **28ADG0011A**

CERTIFIES THAT

[stamp]
[Mexico's coat of arms]
UNITED MEXICAN STATES
NATIONAL EDUCATION SYSTEM
TAMAULIPAS

**MIGUEL ANGEL TREVIÑO MORALES**

WITH UNIQUE POPULATION REGISTRY CODE (CURP) **TEMM730628HTSRRG05**

COMPLETED AND PASSED THE EDUCATION LEVEL OF **ELEMENTARY SCHOOL IN JUNE 1985**

---

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

WITH THE AVERAGE GRADES AS INDICATED IN THE RECORDS HELD IN THE SCHOOL CONTROL FILE

OVERALL AVERAGE:    8.0    EIGHT POINT ZERO

THIS CERTIFICATION DOCUMENT IS ISSUED IN **VICTORIA, TAMAULIPAS ON MAY 21, 2014.**

FOLIO NUMBER OF THE NATIONAL REGISTRY OF ISSUANCE, VALIDATION, AND REGISTRATION OF ACADEMIC DOCUMENTS (RODAC)    41375609

*[signature]*

**JOSÉ ARTURO CHONG HERNÁNDEZ
DEPUTY DIRECTOR**

CU05113

*[three incomplete stamps]*

---

Page 6.

6

**SEGOB**
MINISTRY OF THE INTERIOR

*[Mexico´s coat of arms]*
UNITED MEXICAN STATES

**CNS**
NATIONAL SECURITY COMMISSION

*[image]*

2017, CENTENNIAL YEAR OF THE ENACTMENT OF THE POLITICAL CONSTITUTION OF THE UNITED MEXICAN STATES

De-concentrated Administrative Agency
Prevention and Social Readaptation
Federal Center for Social Rehabilitation No. 2 "West"
**Amparos* department*

I, THE UNDERSIGNED, GENERAL DIRECTOR OF THE FEDERAL SOCIAL REHABILITATION CENTER NUMBER 2 "WEST"; PURSUANT TO ARTICLE 10, SECTION VIII, OF THE REGULATIONS OF THE DECENTRALIZED ADMINISTRATIVE BODY FOR PREVENTION AND SOCIAL REHABILITATION, **DO HEREBY CERTIFY** THAT THE PHOTOCOPIES NUMBERED **01 (ONE) TO**



> [handwritten] **05 (FIVE)** ARE TRUE COPIES OF THOSE IN THE ARCHIVES OF THIS FEDERAL CENTER, WHICH ARE ATTACHED TO THE **OFFICIAL COMMUNICATION** No. **SEGOB/OADPRS/CGCF/CFRS2/DG/** [handwritten] **02762/2018.**

[incomplete stamps]

[stamp]
[Mexico's coat of arms]
UNITED MEXICAN STATES
MINISTRY OF THE INTERIOR
FEDERAL CENTER FOR SOCIAL REHABILITATION
No. 2 "WEST"

[signature]
**SUFRAGIO EFECTIVO, NO REELECCIÓN**
[Motto: "Effective suffrage, no re-election"]
**GENERAL DIRECTOR**

[signature]
**VERIFIED BY: LIC. ACP.**
**PRISON LAWYER**

CARRETERA LIBRE A ZAPOTLANEJO KM. 17.5 DESVIACIÓN CARRETERA A EL SALTO KM. 2, EL SALTO JALISCO, TEL.: (01-33) 3151 – 6230

*[Translator's Note: "Amparo" is a motion for relief under the Constitution in a case of violation of civil rights.]

---

Page 7.

FORM B-1

[Mexico's coat of arms]
UNITED MEXICAN STATES

FEDERAL JUDICIAL BRANCH

**CERTIFICATION.** The undersigned **María Alejandra Moreno Ortiz,** Clerk of the Fifth District Court for Criminal



**Page 9**

Matters in the State of Jalisco, based in Puente Grande, hereby certifies that these copies are reproductions of those contained in the criminal case file number **23/2024-III**.

[incomplete stamps]

Puente Grande, Jalisco, **October 8, 2025.**

[stamp]
FIFTH DISTRICT COURT ON CRIMINAL MATTERS IN THE STATE OF JALISCO
[Mexico´s coat of arms]
UNITED MEXICAN STATES
PUENTE GRANDE, JALISCO

[signature]
**Court Clerk**
**María Alejandra Moreno Ortiz[1].**

---

[1] This official communication is signed using an electronic signature, in accordance with the "AGREEMENT OF THE SPECIAL COMMISSION OF THE FEDERAL JUDICIARY COUNCIL AUTHORIZING THE USE OF FIREL IN THE FORMALIZATION OF INSTRUMENTS, OFFICIAL COMMUNICATIONS, AND OTHER DOCUMENTS ISSUED BY ITS ADMINISTRATIVE AREAS, AND THE USE OF INSTITUTIONAL EMAIL AS OFFICIAL COMMUNICATION."

[At the center of the page appears a watermark with Mexico's coat of arms: "UNITED MEXICAN STATES.- FEDERAL JUDICIAL BRANCH"]

---

**Page 8.**

[Mexico's coat of arms]
UNITED MEXICAN STATES
FEDERAL JUDICIAL BRANCH

L.F. 012/2025

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313



**NÉSTOR VARGAS SOLANO, PRESIDENT OF THE JUDICIAL ADMINISTRATIVE BODY OF THE FEDERAL JUDICIAL BRANCH,** pursuant to Article 99, Section VIII, of the Organic Law of the Federal Judiciary, certifies and legalizes that the handwritten signature appearing at the bottom of the certified photocopies dated October 8, 2025, consisting of six pages of text, which are reproductions of those contained in criminal case file 23/2024-III, of the records of the Fifth District Court for Criminal Matters in the State of Jalisco, located in Puente Grande, corresponds to the official of the Federal Judicial Branch, María Alejandra Moreno Ortiz, in her capacity as clerk of the aforementioned District Court.

Mexico City, October 16, 2025.

[stamp]
[Mexico´s coat of arms]
UNITED MEXICAN STATES
JUDICIAL ADMINISTRATIVE BODY

[signature]

NÉSTOR VARGAS SOLANO
PRESIDENT OF THE JUDICIAL ADMINISTRATIVE BODY
OF THE FEDERAL JUDICIAL BRANCH

----------------------------------[APOSTILLE ATTACHED TO THE PAGE]----------------------------------

**INTERIOR**
MINISTRY OF THE INTERIOR

[Mexico´s coat of arms]
UNITED MEXICAN STATES

[Mexico's coat of arms]
UNITED MEXICAN STATES
MINISTRY OF THE INTERIOR

073517/ 2025

**MEXICO**

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. **Country: Mexico**

   This public document

2. **has been signed by: NÉSTOR VARGAS SOLANO**

---

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

3. **acting in the capacity of:** PRESIDENT OF THE JUDICIAL ADMINISTRATIVE BODY
4. **bears the seal / stamp of:** FEDERAL JUDICIAL BRANCH

Certified

5. **at:** MEXICO CITY  6. **on:** NOVEMBER 7, 2025
7. **by** ALEJANDRO LÓPEZ GONZÁLEZ, ASSISTANT GENERAL DIRECTOR OF THE FEDERAL OFFICIAL GAZETTE, IN SUPPORT OF THE HEAD OF THE UNIT OF GOVERNMENT, PURSUANT TO ARTICLES 9, 11 SECTIONS I AND II, AND 12 LAST PARAGRAPH OF THE INTERNAL REGULATION OF THE MINISTRY OF THE INTERIOR.

[image] [stamp] MINISTRY OF THE INTERIOR GOVERNMENT UNIT

8. No. 1 / 67583 / 2025
9. Stamp/stamp
10. [signature] Signature

[Mexico's coat of arms] UNITED MEXICAN STATES

MINISTRY OF THE INTERIOR

**Type of document:** CERTIFIED COPIES
**Name of holder of document:** MIGUEL ANGEL TREVIÑO MORALES

[Text in three languages; one of them being English and transcribed verbatim.]
This Apostille only certifies the signature, the capacity of the signer and the stamp or stamp it bears. It does not certify the content of the document for which it was issued.

The authenticity of this Apostille and its electronic signature may be verified at:
www.dicoppu.gobernacion.gob.mx/registro

**Code:** EYL9RXCZZ

[QR code]

----------[End of translation]----------

Lic. Paula Mariana Pérez Bonilla – Certified Translator
Doctor José Ma. Vértiz 486-2, Atenor Sala, 03010, Mexico City – pbonillatrad@gmail.com – Tel. 55 4437 5579 – Mobile 55 2326 2313

I, **Paula Mariana Pérez Bonilla, Certified Translator**, authorized by the Federal Judicial Council according to the list approved on December 2, 2024 issued in the Federal Official Gazette by said Council on December 11, 2024, and the Superior Court of Justice of Mexico City, according to the Judicial Gazette of February 23, 2024, certify that the foregoing is an accurate translation from Spanish to English of the document I had at sight, which consists of **12** pages of text, and I further certify that I am competent in both languages to render this translation. Likewise, it should be noted that any modification, erasure, handwritten, computer or typewritten annotation, or amendment to this document invalidates the translation and its certification. The accuracy of the translation is certified but no liability is assumed for the authenticity or content of the document in its source language. I sign and stamp the translation herein in Mexico City, on the 14th day of November of year two thousand and twenty-five.-----------------------------------

Yo, **Paula Mariana Pérez Bonilla, Perito Traductor**, autorizada por el Consejo de la Judicatura Federal conforme la lista aprobada el 2 de diciembre del 2024 y publicada en el Diario Oficial de la Federación por dicho Consejo el día 11 de diciembre de 2024, y por el Tribunal Superior de Justicia de la Ciudad de México, según Boletín Judicial del 23 de febrero del 2024, certifico que lo que antecede es traducción fiel del español al inglés del documento que tuve a la vista, la cual consta de **12** fojas útiles, y además certifico ser competente en ambos idiomas para elaborar dicha traducción. Asimismo, se advierte que toda modificación, tachadura, anotación manuscrita, a computadora o máquina de escribir, o enmendadura al presente documento invalida la traducción y su certificación. Se certifica la fidelidad de la traducción mas no se asume responsabilidad por la autenticidad o el contenido del documento en su lengua de origen. Firmo y sello la presente traducción en la Ciudad de México a los 14 días del mes de noviembre del año dos mil veinticinco.-----------------------------------

   

**SEGOB** — SECRETARÍA DE GOBERNACIÓN

**CNS** — COMISIÓN NACIONAL DE SEGURIDAD

0415

Órgano Administrativo Desconcentrado
Prevención y Readaptación Social
Centro Federal de Readaptación Social No.2 "Occidente"
Dirección General

**OFICIO No. SEGOB/CNS/OADPRS/CGCF/CFRS2/DG/02762/2018.**

El Salto, Jalisco a 26 de febrero 2018.
**ASUNTO:** Se desahoga requerimiento.

2164

**LIC. DANIEL ALEJANDRO PAZ ROMERO.**
SECRETARIO DEL JUZGADO PRIMERO DE
DISTRITO DE PROCESOS PENALES FEDERALES
EN EL ESTADO DE JALISCO.

En atención al requerimiento contenido en su **oficio 543**, dictado en autos de la **causa penal 81/2015-V**, del índice de ese H. Juzgado, instruida a **MIGUEL ÁNGEL TREVIÑO MORALES**, me permito hacer de su conocimiento lo siguiente:

La persona que nos ocupa egresó de esta Unidad Administrativa en fecha 26 de marzo del año 2015, sin embargo, durante el tiempo que permaneció recluido en este Centro Federal, registro diversas actividades en programas escolares, biblioteca, deporte y terapia ocupacional, por lo anterior y a fin de dar cumplimiento a su requerimiento, remito a Usted, copias certificadas del memorándum **DT/131/2018** y de las constancias académicas del encausado en mención, las cuales corresponden a la temporalidad en la que estuvo privado de la libertad en este Centro Federal.

Lo anterior, para su conocimiento y efectos legales a que haya lugar.

**ATENTAMENTE.**
**SUFRAGIO EFECTIVO. NO REELECCIÓN.**
**DIRECTOR GENERAL**

**LIC. JOSÉ LUIS ROIZ FLORES.**

La información contenida en el presente documento y sus anexos podría ser sujeta a clasificación de conformidad con los artículos 97 y 98 de la Ley Federal de Transparencia y Acceso a la Información Pública (DOF-9-mayo-2016), en relación con lo dispuesto en el numeral vigésimo tercero de los Lineamientos Generales en Materia de Clasificación y Desclasificación de la Información, así como para la elaboración de las versiones públicas (DOF 15-abril-2016). De igual manera, contiene información confidencial que solo podrá ser entregada al titular de la misma o a su representante legal, en términos de lo dispuestos en los artículos 113, fracción I, y 115 fracción V de la Ley Federal de Transparencia y Acceso a la Información Pública (DOF 09-mayo-2016).

ELABORÓ
LIC. ALMA

REVISÓ
LIC. HORTENCIA LLASMIN GONZÁLEZ GARCÍA

SUPERVISÓ
LIC. ARELY MEZA GRANADOS

Vo.Bo.
LIC. ENRIQUE NAVA ALTAMIRANO
CONTJUR/REQUERIMIENTOS JUZGADOS/ OF-03-

C.c.p. Acuse
CONTJUR/REQUERIMIENTOS JUZGADOS /543.

Carretera Libre a Zapotlanejo Km. 17.5 desviación carretera a El Salto Km. 2, Municipio de El Salto Jalisco, C.P. 45420
Tel.: (01-33)3151-6230   Fax. (01-33)3151-6247   http://www.cns.gob.mx   cefereso.occidente@cns.gob.mx

  

**SEGOB**
SECRETARÍA DE GOBERNACIÓN

**CNS**
COMISIÓN NACIONAL DE SEGURIDAD

Órgano Administrativo Desconcentrado
Prevención y Readaptación Social
Centro Federal de Readaptación Social No. 2 "Occidente"
Dirección Técnica

MEMORANDUM No. **DT / 131 / 2018**

El Salto, Jalisco, 08 de febrero de 2018.

**LIC. ENRIQUE NAVA ALTAMIRANO**
**DIRECTOR JURÍDICO**
**P R E S E N T E**

En respuesta a la solicitud del Juzgado Primero de Distrito de Procesos Penales Federales en el estado de Jalisco, mediante oficio No. 543, remito a usted información relativa de la persona de nombre **MIGUEL ANGEL TREVIÑO MORALES**.

Durante su estancia en este Centro Federal, la persona en referencia, no se hizo acreedor a ninguna constancia, respecto al tema de valores ni de ningún otro contenido en el área de psicología.

En relación a su participación en actividades educativas, en periodo comprendido 19 de diciembre de 2013 al 26 de marzo de 2015

**Programas escolares**. Por lapso de nueve meses repaso contenidos de primaria de manera intrainstitucional. Seguidamente en un periodo de dos meses concluyó el nivel de secundaria de manera oficial. A partir de diciembre de 2014, y hasta la fecha de su externamiento reviso contenidos de preparatoria. Desde su integración a la actividad académica mostró un desempeño sobresaliente, con resultados aprobatorios en el total de las evaluaciones presentadas, por lo que logró certificar el nivel de secundaria con un promedio general de 8.6. Asimismo durante el curso de las asesorías trabajo para revertir las deficiencias ortográficas relativas al uso correcto de las grafías "b", "v", "s" y "c", así como la correcta acentuación de las palabras. Hasta antes de su externación revisó el material escolar "De la información al conocimiento", quedando pendiente la evaluación correspondiente. Solicitó de la asesoría y retroalimentación del docente y preservó una conducta apegada a la reglamentación establecida.

**Biblioteca**. Solicitó un total de 165 ejemplares en los géneros de literatura, filosofía y generalidades. Entre los últimos títulos consultados destacan "Batalla de reyes" y "Atrapados en las redes", asistió con disposición al servicio y permaneció apegado a los lineamientos establecidos para la entrega y renovación de material bibliográfico. Fue respetuoso en la interacción con el bibliotecario.

**Deporte**. En concordancia con el Plan de Actividades establecido, recibió actividad deportiva en modalidad libre.

**Terapia ocupacional**. Recibió artes plásticas. Fue constante en su asistencia a las asesorías de dibujo y pintura, donde asimiló de manera progresiva las técnicas de tinta, lápiz y óleo sobre diversas superficies. Durante el desarrollo de las sesiones trabajo en la elaboración de diseños, mismos que presentó al preceptor para su retroalimentación, denotando el paulatino desarrollo de habilidades pictóricas. Ajustó su conducta a la normatividad instaurada y respeto las indicaciones que le fueron giradas.

Carretera Libre a Zapotlanejo km. 17.5, desviación carretera a El Salto km. 2, El Salto, Jalisco, C.P. 46680
Tel. (33)3151-6230 · E-mail: cefereso.occidente@cns.gob.mx http://www.cns.gob.mx

0417

**SEGOB**
SECRETARÍA DE GOBERNACIÓN

**CNS**
COMISIÓN NACIONAL DE SEGURIDAD

Órgano Administrativo Desconcentrado
Prevención y Readaptación Social
Centro Federal de Readaptación Social No.2 "Occidente"
Dirección Técnica

No fue acreedor a constancias por participación en eventos programados por la Institución.

Se anexa copia de certificado de Secundaria.

Sin otro particular, le envío un cordial saludo.

A T E N T A M E N T E

**LIC. ANA CECILIA ORTEGA IÑIGUEZ
DIRECTORA TÉCNICA**

C. c. p. Archivo
L'ACOI/ILCR.*



**SEP** — SECRETARÍA DE EDUCACIÓN PÚBLICA

SISTEMA EDUCATIVO NACIONAL

INSTITUTO ESTATAL PARA LA EDUCACIÓN DE JÓVENES Y ADULTOS

CLAVE DE CENTRO DE TRABAJO: 14FIA0001N

CERTIFICA QUE:

MIGUEL ANGEL TREVIÑO MORALES

CON CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP): TEMM730826HTSRRG05

CURSÓ Y ACREDITÓ LA EDUCACIÓN SECUNDARIA DE ACUERDO AL PLAN DE ESTUDIOS VIGENTE

CON EL PROMEDIO DE CALIFICACIONES QUE SE INDICA, SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR.

PROMEDIO FINAL: 8.6    OCHO PUNTO SEIS

EL PRESENTE DOCUMENTO DE CERTIFICACIÓN, SE EXPIDE EN GUADALAJARA, JALISCO

NÚMERO DE FOLIO DEL REGISTRO NACIONAL DE EMISIÓN, VALIDACIÓN E INSCRIPCIÓN DE DOCUMENTOS ACADÉMICOS (RODAC): 85793736

ANA BERTHA GUZMÁN ALTORRE
DIRECTORA GENERAL

NÚMERO DE CERTIFICADO: A 4193764



# SISTEMA EDUCATIVO NACIONAL
## CERTIFICACIÓN DE NIVEL EDUCATIVO

**SEP**
SECRETARÍA DE EDUCACIÓN PÚBLICA

SECRETARÍA DE EDUCACIÓN DE TAMAULIPAS
SUBSECRETARÍA DE PLANEACIÓN
DIRECCIÓN DE REGISTRO Y CERTIFICACIÓN
SUBDIRECCIÓN DE CONTROL ESCOLAR

CLAVE DE CENTRO DE TRABAJO: 28ADG0011A

CERTIFICA QUE:



MIGUEL ANGEL TREVIÑO MORALES

CON CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP): TEMM730628HTSRRG05

CURSÓ Y ACREDITÓ LA EDUCACIÓN   PRIMARIA EN JUNIO DEL 1985

CON EL PROMEDIO DE CALIFICACIONES QUE SE INDICA, SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR.

PROMEDIO FINAL:   8.0   OCHO PUNTO CERO

EL PRESENTE DOCUMENTO DE CERTIFICACIÓN, SE EXPIDE EN   VICTORIA, TAMAULIPAS
A LOS VEINTIÚN DÍAS DEL MES DE MAYO DEL DOS MIL CATORCE

NÚMERO DE FOLIO DEL
REGISTRO NACIONAL DE EMISIÓN, VALIDACIÓN E
INSCRIPCIÓN DE DOCUMENTOS ACADÉMICOS (RODAC):   41375609

JOSÉ ARTURO CHONG HERNÁNDEZ
EL SUBDIRECTOR



   

**SEGOB** — SECRETARÍA DE GOBERNACIÓN

**CNS** — COMISIÓN NACIONAL DE SEGURIDAD

2017, AÑO DEL CENTENARIO DE LA PROMULGACIÓN DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS

Órgano Administrativo Desconcentrado
Prevención y Readaptación Social
Coordinación General de Centros Federales
Centro Federal de Readaptación Social No. 2 "Occidente"
Departamento de Amparos

EL QUE SUSCRIBE, DIRECTOR GENERAL DEL CENTRO FEDERAL DE READAPTACIÓN SOCIAL NÚMERO 2 "OCCIDENTE"; CON FUNDAMENTO EN LOS ARTÍCULOS 10 FRACCIÓN VIII, DEL REGLAMENTO DEL ÓRGANO ADMINISTRATIVO DESCONCENTRADO PREVENCIÓN Y READAPTACIÓN SOCIAL Y 13 FRACCIÓN XVI, DEL REGLAMENTO DE LOS CENTROS FEDERALES DE READAPTACIÓN SOCIAL, **HAGO CONSTAR Y CERTIFICO** QUE LAS COPIAS FOTOSTÁTICAS FOLIADAS CON EL NÚMERO **01 (UNO)** AL 03 (Cinco) SON COPIA FIEL DE LAS QUE OBRAN EN EL ARCHIVO DE ESTE CENTRO FEDERAL, CONSTANCIAS QUE SE REMITEN ANEXAS AL **OFICIO No. SEGOB/OADPRS/CGCF/CFRS2/DG/02762/2018.**------

SUFRAGIO EFECTIVO, NO REELECCIÓN.
EL DIRECTOR GENERAL

**COTEJA: LIC. ACP.**
**ABOGADO PENITENCIARIO.**



**PODER JUDICIAL DE LA FEDERACIÓN**

FORMA B-1

**CERTIFICACIÓN.** La suscrita **María Alejandra Moreno Ortiz**, Secretaria del Juzgado Quinto de Distrito en Materia Penal en el Estado de Jalisco, con sede en Puente Grande, hace constar: Que las presentes copias son reproducción de las que obran dentro de la causa penal 23/2024-III.

Puente Grande, Jalisco, a **ocho de octubre de dos mil veinticinco**.

Secretaria de juzgado
María Alejandra Moreno Ortiz[1].



**ÓRGANO
DE ADMINISTRACIÓN
JUDICIAL**

L.F. 012/2025

**EL MAESTRO NÉSTOR VARGAS SOLANO, PRESIDENTE DEL ÓRGANO DE ADMINISTRACIÓN JUDICIAL DEL PODER JUDICIAL DE LA FEDERACIÓN**, con fundamento en el artículo 99, fracción VIII, de la Ley Orgánica del Poder Judicial de la Federación, legaliza que la firma autógrafa que obra al calce del legajo de copias fotostáticas certificadas de ocho de octubre de dos mil veinticinco, constante de seis fojas útiles, que son reproducción de las que obran dentro de la causa penal 23/2024-III, del índice del Juzgado Quinto de Distrito en Materia Penal en el Estado de Jalisco, con residencia en Puente Grande; corresponde a la servidora pública del Poder Judicial de la Federación, María Alejandra Moreno Ortiz, con el cargo de secretaria del mencionado Juzgado de Distrito.



Ciudad de México, a dieciséis de octubre de dos mil veinticinco.

MAESTRO NÉSTOR VARGAS SOLANO
PRESIDENTE DEL ÓRGANO DE ADMINISTRACIÓN
JUDICIAL DEL PODER JUDICIAL DE LA FEDERACIÓN

CMLR/RGZ/RACC




**GOBERNACIÓN**
SECRETARÍA DE GOBERNACIÓN
MÉXICO      073517 / 2025
APOSTILLE
(Convention de La Haye du 5 octobre 1961)