UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| PLAINTIFF § | |
| § | |
| V. § | CASE NO. 08-CR-00057-TNM |
| § | |
| MIGUEL ANGEL TREVINO-MORALES (4) § | |
| DEFENDANT § | |

**<u>ORDER</u>**

Came on to be considered Defendant Miguel Angel Trevino Morales' Motion for Relief from Unconstitutional Special Administrative Measures, and after review finds that the motion is well founded and should be granted. Accordingly,

IT IS HEREBY ORDERED that Defendant Miguel Angel Trevino Morales' Motion for Relief from Unconstitutional Special Administrative Measures is hereby granted. The Special Administrative Measures imposed upon Mr. Trevino Morales are hereby revoked; Mr. Trevino shall be removed from solitary confinement, shall be given the opportunity for daily communication with his family, and shall be placed in general population or any other facility module that the detention facility deems appropriate.

SIGNED this _____ day of _____, 2026.

_____
Trevor N. McFadden
United States District Judge