UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL TREVINO MORALES,<br>also known as "Z-40," "Zeta40," "40," "Cuarenta," "Mike,"<br><br>Defendant. | CRIMINAL NO. 08-CR-057 (TNM) |

## NOTICE OF FILING

The United States respectfully submits this Notice of Filing Exhibit A to the Government's Opposition to Defendant's Motion For Relief from Special Administrative Measures, ECF No. 789, filed on February 13, 2026. The Government inadvertently did not attach Exhibit A, referenced in the opposition to Defendant's Motion for Relef from Special Administrative Measures, ECF. No. 780.

                                              MARGARET A. MOESER
                                              Chief
                                              Money Laundering, Narcotics
                                              and Forfeiture Section
                                              Criminal Division
                                              U.S. Department of Justice

                            By:   */s/ Kirk Handrich*
                                              KIRK HANDRICH
                                              D. HUNTER SMITH
                                              JAYCE BORN
                                              Trial Attorneys
                                              Money Laundering, Narcotics
                                              and Forfeiture Section
                                              Criminal Division
                                              U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF, to counsel of record for Defendant Miguel Trevino Morales, this 17th day of February, 2026.

                By:    <u>*/s/ Kirk Handrich*</u>
                        Kirk Handrich
                        Trial Attorney
                        Money Laundering, Narcotics
                        and Forfeiture Section
                        Criminal Division
                        U.S. Department of Justice