UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CASE NO. 08-CR-00057-TNM |
| | § | |
| MIGUEL ANGEL TREVINO-MORALES (4) | § | |
| DEFENDANT | § | |

## ORDER

Came on to be considered Defendant Miguel Angel Trevino Morales' Unopposed Motion for Leave to Exceed Page Limitation. After review and consideration of the relief requested including the Government's non-opposition to said motion, the Court finds that the motion should be granted. Accordingly,

IT IS HEREBY ORDERED that Defendant Miguel Angel Trevino Morales' Unopposed Motion for Leave to Exceed Page Limitation is granted. Defendant is granted leave pursuant to Local Criminal Rule 47(e) to file the 29-page Reply attached to his motion.

_____

The Honorable Trevor N. McFadden
United States Judge

1

2