## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 08-CR-057 (TNM)** |
| **v.** | |
| **MIGUEL TREVINO MORALES,** | |
| Also known as "Z-40," "Zeta40," "40," "Cuarenta," and "Mike," | |
| and | |
| **OMAR TREVINO MORALES,** | |
| Also known as "42," and "Z-42," | |
| **Defendants.** | |

### NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Money Laundering, Narcotics and Forfeiture Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this Court and all parties of record that Russell Leachman, Trial Attorney of the Money Laundering, Narcotics and Forfeiture Section, enters his appearance as an attorney for the Government.

1

Respectfully Submitted,

MARGARET A. MOESER, Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice

By:     */s/Russell Leachman*
Russell Leachman
Trial Attorney
Narcotic and Dangerous Drug Unit
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Tel.:   (915) 471-4410
Email: Russell.Leachman@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 28th day of April 2026.

*/s/ Russell Leachman*
Russell Leachman
Trial Attorney
Narcotic and Dangerous Drug Unit
Criminal Division
U.S. Department of Justice
