UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CASE NO. 08-CR-00057-TNM |
| | § | |
| MIGUEL ANGEL TREVINO-MORALES (4) | § | |
| DEFENDANT | § | |

### DEFENDANTS MIGUEL ANGEL TREVINO-MORALES & OMAR TREVINO-MORALES' JOINT NOTICE OF POSITION ON RECUSAL

NOW COMES the defendants Miguel Angel Trevino-Morales and Omar Trevino-Morales, each by and through respective counsel, and submit this joint notice to the Court regarding their joint position as to issue of whether to request recusal of the Honorable U.S. District Judge McFadden and a concomitant request for case transfer to a different judge.

On May 1, 2026, the parties appeared before this Court for the purpose of a scheduled status conference. During the conference, the Court gave notice to the parties that presiding U.S. District Judge McFadden had previously served in the U.S. Department of Justice ("DOJ") during the pendency of the instant case. The Court instructed the parties to provide notice to the Court no later than June 5, 2026, whether any party is requesting the Court to be recused for transfer to a different U.S. District Judge.

The original indictment in the instant case was filed in the District of Columbia on March 13, 2008. The indictment gave notice that evidence existed of crimes beginning in June 2006 and continuing through the date of filing. The indictment was superseded on June 9, 2009, November 4, 2010, September 6, 2012, May 9, 2013, and in 2024 and 2026.  The most recent indictments in 2024 and 2026 gave notice that investigation by the DOJ revealed the alleged crimes continued through the date of filing of the indictments. The indictments note the collaboration between different components of the DOJ's Criminal Division, including the Narcotic and Dangerous Drug Section, the U.S.

1

Attorney Office of the Eastern District of New York, and the U.S. Attorney Office of the Western District of Texas.

In 2013, the DOJ's Office of International Affairs, a component of DOJ's Criminal Division, presented to Mexico a formal request calling for the arrest and extradition of Mr. Miguel Angel Trevino-Morales and secured a provisional arrest warrant resulting in the arrest of Mr. Trevino in June 2013. The DOJ's Office of International Affairs and other DOJ components actively participated in these extradition proceedings from 2013 through the expulsion of Miguel Angel Trevino-Morales and Omar Trevino-Morales to the United States in February 2025.  The same DOJ components formally sought extradition of Mr. Omar Trevino-Morales.

Other federal indictments were filed by components of DOJ's Criminal Division, each charging Mr. Miguel Angel Trevino-Morales with the commission of crimes, including indictments filed in (a) the Western District of Texas, Austin Division in May 2012, (b) the Southern District of Texas, Laredo Division in February 2010, (c) the Eastern District of New York in June 2009, and (d) the Northern District of Texas in August 2000.

Upon information and belief, U.S. District Judge McFadden served in the Department of Justice during the following time periods:

1. 2007-2009:  Counsel to the Deputy Attorney General, Office of the Deputy Attorney General, Criminal Division, U.S. Department of Justice;
2. 2009-2013:  Assistant U.S. Attorney, U.S. Attorney Office for the District of Columbia;
3. January 2017 – October 2017: Acting Principal Deputy Assistant Attorney General and Deputy Assistant Attorney General, Criminal Division, U.S. Department of Justice.

Messrs. Miguel Angel Trevino-Morales and Omar Trevino-Morales each appreciate the Court bringing this matter to the attention of all parties. Though the office of Deputy Attorney General occupies supervisory authority over all the DOJ components described above, without more information neither Miguel Angel Trevino-Morales nor Omar Trevino-Morales can argue in good faith that there is a sufficient legal or factual basis at the present time to request the recusal of the

2

Honorable U.S. District Judge McFadden. Accordingly, at this time, Messrs. Miguel Angel Trevino-Morales and Omar Trevino-Morales do not request the recusal of Judge McFadden.

Undersigned counsel for Defendant Omar Trevino-Morales reviewed the instant notice and represent to this Court that Mr. Omar Trevino-Morales concurs with the averments above, joins in this Joint Notice to the Court, and asked that the instant notice be filed as a Joint Notice to the Court.

Respectfully submitted,

/s/ Michael McCrum

Michael McCrum
McCrum Law Office
1659 Tx-46 W, Ste. 115, PMB 487
New Braunfels, Tx. 78132
Office 210.225.2285
Tx Bar No. 13493200
michael@mccrumlegal.com

/s/ William Purpura

William B. Purpura, Esquire
Purpura & Purpura
606 Baltimore Ave., Suite 301
Towson, Maryland 21204
Office 410-727-8550
DC Fed Bar # MD00074
wpurpura@purpuralaw.com

**Counsel for Miguel Angel Treviño Morales**

/s/ Manuel Retureta

Manuel J. Retureta
Retureta & Wassem, PLLC
300 New Jersey Ave NW, Ste. 300
Washington, D.C.  20001
Office 202.450.6119
DC Fed Bar 430006
mjr@returetawassem.com

/s/ Dennis Boyle

Dennis E. Boyle
Boyle & Jasari, LLP
1050 Connecticut Ave NW, Ste. 500
Washington, D.C.  20036
Office 771.217.2400
DC Fed Bar # PA0035
dboyle@boylejasari.com

**Counsel for Omar Treviño Morales**

**CERTIFICATE OF SERVICE**

I, Michael McCrum, hereby certify that on this 5th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Michael McCrum

/s/ William Purpura

3