**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 08-CR- 0057-4 (TNM)** |
| | * | |
| **MIGUEL TREVINO MORALES**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**<u>ENTRY OF APPEARANCE</u>**

Please enter my appearance on behalf of Miguel Treviño Morales.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served via ECF on all counsel of record this 17th day of June, 2026.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**