UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CRIMINAL NO. 08-CR-057 (TNM)

v.

MIGUEL TREVINO MORALES,
        also known as "40," "Zeta
        40," "Cuarenta," "Z-40," and
        "Mike,"

ALFREDO RANGEL BUENDIA,
        also known as "Chicles,"

OMAR TREVINO MORALES,
        also known as "42,"

Defendants.

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER

The United States has filed a motion for the appointment of a Classified Information Security Officer under the Security Procedures promulgated by the Chief Justice of the United States under 18 U.S.C. App III § 9, note. The motion is GRANTED.

The Court further ORDERS that Jennifer H. Campbell shall be designated as the Classified Information Security Officer in this case and shall perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice of the United States This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Jennifer Campbell is unavailable: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Sladee.

SO ORDERED, this ___29th___ day of ___June___, 2026.

HON. TREVOR N. McFADDEN
UNITED STATES DISTRICT JUDGE