**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 08-CR-057 (TNM)** |
| **v.** | |
| **MIGUEL TREVINO MORALES,** also known as "40," "Zeta 40," "Cuarenta," "Z-40," and "Mike,"  **ALFREDO RANGEL BUENDIA,** also known as "Chicles,"  **OMAR TREVINO MORALES,** also known as "42, and "Z-42,"  **Defendants.** | |

**PROPOSED PRE-TRIAL SCHEDULE**

In advance of the July 10, 2026, status conference, the government proposes the following pre-trial schedule. The government shared a version of the below schedule with the defense but has not received a response. The government understands from the defense's statements at the previous status conference that the defense believes more time is required to prepare for trial.

12/4/26 – Pre-trial motions under Rule 12; Rule 404(b) notice

12/12/26 – First CIPA section 4 motion

1/29/27 – Responses to pretrial motions; objections to Rule 404(b) notice

2/19/27 – Replies to pretrial motions

4/23/27 – Second CIPA section 4 motion

5/10/27 – Government expert disclosures

5/31/27 – Defense expert disclosures

6/12/27 – Motions in limine

7/16/27 – Oppositions to motions in limine

7/30/27 – Replies to motions in limine

Exhibit lists four weeks before the start of trial

3500 and *Giglio* two weeks before start of trial, unless identification of a witness gives rise to substantial safety concerns in which case production of 3500 and *Giglio* material may be delayed until 48 hours before witness testifies.

Respectfully submitted,

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section Criminal Division
U.S. Department of Justice

By:        */s/ D. Hunter Smith*
KIRK HANDRICH
D. HUNTER SMITH
ERIK CERVANTES
Trial Attorneys
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice