PROTECTED MATERIAL

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GMP:MPR
F. #2009R01065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2018

**TO BE FILED UNDER SEAL**

By Email

A. Eduardo Balarezo, Esq.
400 Seventh Street, N.W.
Suite 306
Washington, D.C. 20004

William B. Purpura, Esq.
8 East Mulberry Street
Baltimore, MD 21202

Jeffrey H. Lichtman, Esq.
11 East 44 Street, Ste 501
New York, NY 10017

Re: United States v. Joaquin Archivaldo Guzman Loera
Criminal Docket No. 09-466 (S-4) (BMC)

Dear Counsel:

Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to certain anticipated cooperating witnesses at trial.[1] This production supplements the government's production of § 3500 material on July 5, 2018, September 5, 2018 and October 5, 2018. It includes material that is marked "Protected Material" and is subject to the terms of the Court's April 3, 2017 Protective Order. See Dkt. No. 57. The government will disclose additional § 3500 material related to its cooperating and law enforcement witnesses as it becomes available.

---

[1] The government expects to disclose § 3500 material for two additional cooperating witnesses approximately two weeks before each witness testifies. See Dkt. No. 273.

PROTECTED MATERIAL

In addition to the § 3500 material disclosed for its cooperating witnesses today, the government has previously produced § 3500 material [redacted] as part of its productions pursuant to Federal Rule of Criminal Procedure 16. That § 3500 material is located at the Bates ranges set forth below.

| Witness | Bates Numbers/Production Date | Description |
|---|---|---|
| [redacted] | • 000016853-000017131<br>• 000322294-000322572 | Intercepted Electronic Communications |
| [redacted] | • 000117694-000117706<br>• 000117767-000117775<br>• 000170354-000170361<br>• 000170383-000170386<br>• 000170669-000170678<br>• 000170685-000170688<br>• 000170742-000170761<br>• 000170728-000170740<br>• 000171051-000171054<br>• 000171060-000171067<br>• 000171091-000171094<br>• 000171128-000171133<br>• 000176861-000176876<br>• 000176971-000176922<br>• 000177230-000177231<br>• 000293149[2] | Intercepted Wire Communications |

[2] The government has reproduced the audio for the intercepted wire communications as [redacted].

PROTECTED MATERIAL

If you have specific questions about the government's production, please reach out to the prosecution team.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

ARTHUR G. WYATT, CHIEF
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

OF COUNSEL:

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
Southern District of Florida

cc: Clerk of the Court (BMC) (by ECF and Hand) (without enclosure)

Enclosure