**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**MIGUEL TREVINO MORALES,**<br>**also known as "40," "Zeta 40," "Cuarenta," "Z-40," "Mike,"**<br><br>**ALFREDO RANGEL-BUENDIA,**<br>**also known as "Chicles,"**<br><br>**OMAR TREVINO MORALES,**<br>**also known as "42," and "Z-42,"**<br><br>**Defendants.** | Case No. 1:08-cr-00057 (TNM) |

**SCHEDULING ORDER**

In consideration of the parties' [854] STATUS REPORT Regarding Pretrial Schedule and the Status Conference on October 30, 2026, the Court enters the following Scheduling Order. In addition, the parties are directed to continue to discuss deadlines for the Government to turn over a witness list, § 3500 material, and *Brady* material.

| Item | Date |
|---|---|
| First CIPA §4 motion | 8/5/2027 |
| Rule 12 pretrial motions excluding Title III-related motions) | 8/5/2027 |
| Rule 404(b) notice | 8/5/2027 |
| Responses to Rule 12 motions | 9/7/2027 |
| Objections to Rule 404(b) notice | 9/7/2027 |
| Replies to Rule 12 motions | 10/5/2027 |

| | |
|---|---|
| Replies to 404(b) objections | 10/5/2027 |
| Government designation of recorded communications / Title III interceptions | 11/5/2027 |
| Government production of proposed translations and transcripts | Rolling production with final transcripts due by 7/5/2028 |
| Status conference / oral argument on pretrial motions | 11/8/2027, 10:00 AM in Courtroom 2 |
| Government expert disclosure | 1/31/2028 |
| Motion to suppress (Title III interceptions) | 1/5/2028 |
| Government response to motion to suppress | 2/4/2028 |
| Defense expert disclosure | 3/6/2028 |
| Defense reply to motion to suppress | 3/6/2028 |
| Status Conference/Oral argument (and evidentiary hearing, if necessary) on motion to suppress Title III interceptions | 4/3/2028, 10:00 AM in Courtroom 2 |
| Motions in limine, including objections to Government and defense experts | 4/5/2028 |
| Oppositions to motions in limine | 5/5/2028 |
| Replies to motions in limine | 6/5/2028 |
| Second CIPA §4 motion | 6/5/2028 |
| Status conference / oral argument on motions in limine | 7/10/2028 |
| Government exhibit list | 7/5/2028 |
| Defense exhibit list | 8/6/2028 |

| | |
|---|---|
| Pretrial conference | 8/21/2028, 10:00 AM in Courtroom 2 |
| Jury selection and trial | Beginning 9/5/2028, 10:00 AM in Courtroom 2 |

**SO ORDERED.**

2026.10.30
17:57:05 -04'00'

Dated: October 30, 2026

TREVOR N. McFADDEN, U.S.D.J.